United States District Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ASCENT AVIATION LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:23-cv-101 |
| § | |
| DENNIS SMITH, *ET AL.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 9, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant Aero Title, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 9.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant Aero Title in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 12th day of June, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE