Case 3:23-cv-00101   Document 24   Filed on 11/08/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASCENT AVIATION, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-101 |
| DENNIS SMITH, *et al.*, | § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Pursuant to the court's order, Dkt. 23, entered in this case granting the defendant's motion for summary judgment, Dkt. 17, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 8th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE